IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES HOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 2:14-CV-00077 |
| | ) Chief Judge Sharp |
| AVERY AYTES, et. al., | ) Magistrate Brown |
| | ) |
| Defendants. | ) |

**REPORT OF RULE 31 PROCEEDING**

Pursuant to Rule 31, Section 5, Rules of the Supreme Court of the State of Tennessee, the Rule 31 Mediator, Tracy Shaw, reports that the parties[1] participated in mediation on March 16, 2016.

This matter did not settle.

_____
Tracy Shaw, #7172
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
#615/244-3370
Rule 31 Mediator

---

[1]Defendants Threet and Cumberland County Board of Education did not participate in mediation.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by postage prepaid mail upon:

Kyle Mothershead, Esq.
The Law Office of Kyle Mothershead
414 Union Street, Suite 900
Nashville, TN 37219

Robyn Beale Williams, Esq.
Farrar & Bates, LLP
211 Seventh Avenue North
Suite 500
Nashville, TN 37219

Kenneth S. Williams, Esq.
Madewell, Jared, Halfacre, Williams & Wilson
230 N. Washington Avenue
Cookeville, TN 38501

on this the 16th day of March, 2016.

_____
Tracy Shaw

F:\DTS\3.MEDIATION\Mediation.Open\howe.james\report-rule-31-.wpd